FILED
October 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No.  2:06-mj-275 KJM
      Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Tony Ketmany, )
)
_____ )
      Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Tony Ketmany Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    $50,000 Unsecured bond

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other)   PTS conditions/supervision;

Issued at  Sacramento, CA  on 10/12/06       at    5:10 pm

By  _____
      Dale A. Drozd,
      United States Magistrate Judge