FILED
October 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                      )     Case No. 2:06-mj-275 KJM
       Plaintiff, )
v.                                 )     ORDER FOR RELEASE
                                      )     OF PERSON IN CUSTODY
Tony Ketmany, )
                                      )
                                      )
       Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Tony Ketmany Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       _       Release on Personal Recognizance

       _       Bail Posted in the Sum of _____

       X      $50,000 Unsecured bond

       _       Appearance Bond with 10% Deposit

       _       Appearance Bond secured by Real Property

       _       Corporate Surety Bail Bond

       X      (Other)   PTS conditions/supervision;

Issued at Sacramento, CA on 10/12/06     at   5:10 pm

By    /s/ Dale A. Drozd
Dale A. Drozd,
United States Magistrate Judge